IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC-GREENBELT
'26 FEB 10 PM 12:01



Jariel Aguirre

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-against-

Ashley Pineda
Irenizze Fernadez
Senor hueghes

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

**Complaint for a Civil Case**

Case No. PX 26 CV 0 0 5 3 7

_(to be filled in by the Clerk's Office)_

Jury Trial:  ☑ Yes  ☐ No
_(check one)_

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    Joriel Aguirre
Street Address          6140 Springhill terrace
City and County         Greenbelt Prince Greorges County
State and Zip Code      Maryland 20770
Telephone Number        240-470-7-831
E-mail Address          Joriel Aguirre 21 @ gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                    Ashley Pineda
Job or Title            Greenbelt Station
(if known)
Street Address          7111 Springhill terrace
City and County         Greenbelt Prince George County
State and Zip Code      Maryland 20770
Telephone Number        240-783-4431
E-mail Address
(if known)

2

Defendant No. 2

|  |  |
|---|---|
| Name | Irelize Fernandez |
| Job or Title (if known) | Greenbelt Station |
| Street Address | 7111 Springhill terrace |
| City and County | Greenbelt Prince Georges County |
| State and Zip Code | Maryland 20170 |
| Telephone Number | N/A |
| E-mail Address (if known) | N/A |

Defendant No. 3

|  |  |
|---|---|
| Name | Senor Hueghes |
| Job or Title (if known) | Unemployed |
| Street Address | 7111 Springhill terrace |
| City and County | Greenbelt Prince georges County |
| State and Zip Code | Maryland 20770 |
| Telephone Number | 210-521-8942 |
| E-mail Address (if known) | N/A |

Defendant No. 4

|  |  |
|---|---|
| Name | Lonzo Alfred ✓ |
| Job or Title (if known) | Springbrook MD Police dept. |
| Street Address | 7111 Springbrook Dr |
| City and County | Springbrook Mc county |
| State and Zip Code | 20774 MD |
| Telephone Number |  |
| E-mail Address (if known) |  |

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Janie/Aguirre , is a citizen of the State of *(name)* Maryland .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* Janie Aguirre , is incorporated under the laws of the State of *(name)* Maryland , and has its principal place of business in the State of *(name)* Maryland .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* Ashley.P_____, is a citizen of
        the State of *(name)* Maryland_____. *Or* is a citizen of
        *(foreign nation)* _____.

    b.  If the defendant is a corporation

        The defendant, *(name)* _____, is
        incorporated under the laws of the State of *(name)*
        _____, and has its principal place of
        business in the State of *(name)* _____. *Or* is
        incorporated under the laws of *(foreign nation)*
        _____, and has its principal place of
        business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an
    additional page providing the same information for each additional
    defendant.)*

3.  The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant
    owes or the amount at stake—is more than $75,000, not counting interest
    and costs of court, because *(explain)*:

    _____
    _____
    _____

**III.    Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

1 year and 8 Months of turing Pain.
- Sleep depervation
- tortued fer hours at night
- Tapped illeany by MO, FL, DC, MD Police Station
- Tortued by each
- Went to a Psych ward because in tapped
-- Almost assualted Peopt through the top
-- They Crashed My Moms car.
- Stripped Me and Made Me ncd off / "I-nt Nod" through H2
-- D.C Took My Father.
- My grades Suffered
- They Punched Me / Stoned My Sister through H2
- left Me on a "Red dead redampation" H2.
- My eyes - Pain !
- They texted People For Me,
- Made Me say things I didnt Mean.
- Messeup My brain H2.
- Called Me out of My name.
- They Made Me throw up hand - Signs.
- Mo / MD left Me tapped at Nwub for abut
5. years.

D.T.b.T.tt.

6

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

15 Trillion in Cash and Cars

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _Feb 11_ , 20_26_

Signature of Plaintiff    _Iurwlqno_

Printed Name of Plaintiff    _Jariel Aguirre_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

Email Address    _____